UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JUSTIN GOINS, | ) | CASE NO. 1:24-cv-00653 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILLIP CALABRESE |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFF'S NOTICE OF APPEAL** |
| CORPORAL WINKEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Notice is hereby given that Plaintiff Justin Goins hereby appeals to the United States Court of Appeals for the Sixth Circuit. Mr. Goins from the Court's Opinion and Order (ECF No. 61) and the accompanying Judgment Entry (ECF No. 62), both of which were entered on August 6, 2026

Mr. Goins was previously afforded *in forma pauperis* status.

*/s/ Kevin C. Hulick*
KEVIN C. HULICK (0093921)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
*khulick@spanglaw.com*

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of August 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*/s/ Kevin C. Hulick*
KEVIN C. HULICK (0093921)

***Counsel for Plaintiff***